IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEVEN C HEISER,

    Plaintiff,

v.                                          CASE NO. 4:09-cv-00331-MP-WCS

JOHN DOE, JACKIE HINSON, A ISRA, WALTER A MCNEIL, LETICIA RENO, SCOTT JAMES THAYER,

    Defendants.

_____/

# O R D E R

This matter is before the Court on Report and Recommendation, Doc. 17, regarding the Amended Complaint filed by Steven C. Heiser, Doc. 14. Plaintiff, an inmate proceeding *pro se* and *in forma pauperis*, has filed an amended civil rights complaint under 42 U.S.C. § 1983. Plaintiff's Amended Complaint concerns knee surgery performed at the Department of Corrections' Medical Reception Center in Lake Butler, and Plaintiff's medical problems following the surgery. All events in controversy occurred within the jurisdiction of the Middle District of Florida. The Magistrate has recommended this action be transferred there, no party has objected, and the time for doing so has passed. Finding no error, it is

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge, Doc. 17, is ADOPTED and incorporated herein.

1. This case is TRANSFERRED to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings.

**DONE AND ORDERED** this   *12th* day of January, 2010

__*s/Maurice M. Paul*__
Maurice M. Paul, Senior District Judge
